# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kindred, Klinette H. | U.S. Bankruptcy Court for the Eastern District of Virginia | 07/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
200 S Washington Street
Alexandria, VA 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Account #1 (H) | | | | | | | | | |
| 2. | Charles Schwab Deposit Account (cash/ sweep) | A | Interest | J | T | | | | | |
| 3. | Call Bank of America Corp (BAC) | | None | | | Buy | 01/02/20 | J | | |
| 4. | | | | | | Buy (add'l) | 01/03/20 | J | | |
| 5. | | | | | | Buy (add'l) | 01/08/20 | J | | |
| 6. | | | | | | Sold | 01/14/20 | J | | |
| 7. | | | | | | Buy | 02/24/20 | J | | |
| 8. | | | | | | Expired | 04/17/20 | J | | |
| 9. | | | | | | Buy | 06/30/20 | J | | |
| 10. | | | | | | Buy (add'l) | 07/13/20 | J | | |
| 11. | | | | | | Expired | 07/24/20 | J | | |
| 12. | Put Bank of America Corp (BAC) | | None | | | Buy | 02/25/20 | J | | |
| 13. | | | | | | Sold | 02/27/20 | J | | |
| 14. | Account #2 (H) | | | | | | | | | |
| 15. | Citizen's Bank (cash) (Y) | | | | | | | | | |
| 16. | Pac West Bank (cash) (Y) | | | | | | | | | |
| 17. | Fifth Third Bank (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Suntrust Bank (cash) (Y) | | | | | | | | | |
| 19. | Truist Bank (cash) (X) | A | Interest | M | T | | | | | |
| 20. | Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 21. | Orchid Island Cap (ORC) | | None | | | Buy | 01/30/20 | K | | |
| 22. | | | | | | Sold | 02/13/20 | K | A | |
| 23. | Armour Residential Reit (ARR) | C | Dividend | | | Buy | 02/13/20 | M | | |
| 24. | | | | | | Sold (part) | 02/21/20 | L | B | |
| 25. | | | | | | Sold | 02/25/20 | K | | |
| 26. | | | | | | Buy | 03/06/20 | M | | |
| 27. | | | | | | Sold | 07/17/20 | M | | |
| 28. | Geo Group Inc (GEO) | C | Dividend | | | Buy | 02/18/20 | M | | |
| 29. | | | | | | Sold | 02/27/20 | M | | |
| 30. | | | | | | Buy | 07/17/20 | M | | |
| 31. | | | | | | Sold | 07/27/20 | M | | |
| 32. | Call Bank of America Corp (BAC) | | None | K | T | Buy (add'l) | 01/03/20 | J | | |
| 33. | | | | | | Buy (add'l) | 01/06/20 | J | | |
| 34. | | | | | | Buy (add'l) | 01/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 01/15/20 | J | | |
| 36. | | | | | Buy | 02/28/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/13/20 | K | | |
| 38. | | | | | Sold | 03/16/20 | K | D | |
| 39. | | | | | Buy | 03/19/20 | J | | |
| 40. | | | | | Sold | 03/26/20 | J | | |
| 41. | | | | | Buy | 05/28/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 12/22/20 | K | | |
| 49. Call Micron Technology (MU) | | None | | | Expired | 01/17/20 | J | | |
| 50. Put Bank of America Corp (BAC) | | None | | | Buy | 02/27/20 | J | | |
| 51. | | | | | Sold | 02/28/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy | 02/28/20 | J | | |
| 53. | | | | | Sold | 02/28/20 | K | D | |
| 54. | | | | | Buy | 03/10/20 | K | | |
| 55. | | | | | Sold | 03/13/20 | K | D | |
| 56. | | | | | Buy | 03/16/20 | J | | |
| 57. | | | | | Sold | 03/17/20 | J | B | |
| 58. | | | | | Buy | 03/17/20 | J | | |
| 59. | | | | | Sold | 03/19/20 | J | | |
| 60. Call Armour Residential (ARR) (X) | | None | | | Sold | 03/05/20 | J | | |
| 61. Call Marvell Tech Group (MRVL) | | None | | | Buy | 05/19/20 | J | | |
| 62. | | | | | Sold | 05/28/20 | J | C | |
| 63. Account #3 (H) | | | | | | | | | |
| 64. Charles Schwab Deposit Account (cash) | A | Interest | M | T | | | | | |
| 65. AGNC Investment Corp REit (AGNC) | B | Dividend | | | Buy | 02/26/20 | M | | |
| 66. | | | | | Sold | 03/04/20 | M | | |
| 67. Orchid Island Cap (ORC) | E | Dividend | N | T | Buy | 02/26/20 | L | | |
| 68. | | | | | Buy (add'l) | 03/06/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 70. | | | | | Buy (add'l) | 03/24/20 | K | | |
| 71. | | | | | Buy (add'l) | 03/25/20 | K | | |
| 72. | | | | | Buy (add'l) | 06/19/20 | K | | |
| 73. | | | | | Buy (add'l) | 07/17/20 | K | | |
| 74. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 75. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 76. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 77. Armour Residential Reit (ARR) | B | Dividend | | | Buy | 03/12/20 | M | | |
| 78. | | | | | Sold | 03/25/20 | L | | |
| 79. Western Asset Mortgage Reit (WMC) | A | Dividend | K | T | Buy | 03/26/20 | K | | |
| 80. Call Bank of America Corp (BAC) | | None | | | Buy | 01/02/20 | J | | |
| 81. | | | | | Buy (add'l) | 01/08/20 | J | | |
| 82. | | | | | Sold | 01/14/20 | J | | |
| 83. | | | | | Buy | 02/24/20 | J | | |
| 84. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 85. | | | | | Buy (add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 03/12/20 | K | | |
| 87. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 88. | | | | | Sold | 03/25/20 | J | | |
| 89. | | | | | Buy | 06/25/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 91. | | | | | Sold | 07/23/20 | J | | |
| 92. | | | | | Buy | 10/23/20 | J | | |
| 93. | | | | | Expired | 10/30/20 | J | | |
| 94.    Put Bank of America (BAC) | None | | | | Buy | 02/27/20 | J | | |
| 95. | | | | | Sold | 03/02/20 | J | C | |
| 96. | | | | | Buy | 03/05/20 | J | | |
| 97. | | | | | Sold | 03/09/20 | K | E | |
| 98. | | | | | Buy | 03/12/20 | J | | |
| 99. | | | | | Sold | 03/18/20 | J | | |
| 100.  Call Marvell Tech Group | None | | | | Buy | 05/28/20 | J | | |
| 101. | | | | | Sold | 05/29/20 | J | C | |
| 102.  Put Orchid Island Cap (X) | None | | J | T | Sold | 05/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 06/19/20 | K | | |
| 104. | | | | | Sold (part) | 07/24/20 | J | | |
| 105. | | | | | Sold (part) | 08/21/20 | J | | |
| 106. | | | | | Sold (part) | 08/31/20 | J | | |
| 107. | | | | | Sold (part) | 10/09/20 | J | | |
| 108. | | | | | Sold (part) | 10/12/20 | J | | |
| 109. | | | | | Sold (part) | 10/21/20 | J | | |
| 110. | | | | | Sold (part) | 11/06/20 | J | | |
| 111. | | | | | Sold (part) | 11/19/20 | J | | |
| 112. | | | | | Sold (part) | 11/25/20 | J | | |
| 113. Account #4 (H) | | | | | | | | | |
| 114. Charles Schwab Deposit Account (cash sweep) (Y) | | | | | | | | | |
| 115. Call Bank of America (BAC) | | None | | | Buy | 01/02/20 | J | | |
| 116. | | | | | Expired | 01/17/20 | J | | |
| 117. Account #5 (H) | | | | | | | | | |
| 118. ST Microelectronics (STM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kindred, Klinette H.** | 07/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 07/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Klinette H. Kindred**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544